UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-2491-KK-ADSx | Date: | May 1, 2025 |
| Title: | Paul Anthony Aquino v. Department of Head City of Salinas | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order Dismissing Case**

On March 25, 2024, plaintiff Paul Anthony Aquino ("Plaintiff"), proceeding pro se, filed a Complaint and request to proceed in forma pauperis ("IFP Application"). ECF Docket Nos. ("Dkts.") 1, 2. On March 29, 2024, the Court granted Plaintiff's IFP Application. Dkt. 5. However, on May 3, 2024, Plaintiff filed an amended IFP Application. Dkt. 8. Following review of Plaintiff's amended IFP Application, the Court vacated the March 29, 2024 Order. Dkt. 10. Plaintiff was also ordered to either pay the filing fee in full or submit a complete CV-73 form. Dkt. 9. Plaintiff was specifically warned failure to "comply with these instructions within 30 days, this case will be DISMISSED without prejudice." Id.

To date, Plaintiff has not paid the filing fee nor filed a complete CV-73 form. Thus, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. (JS-6)